**Dismissed and Memorandum Opinion filed July 17, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00354-CV

---

**EQUITABLE INVESTORS OF TEXAS, LLC, GARY SHEAGLY, 2801 ARCHERWOOD, INC., IRWIN KERBER, CASEY KEY, LLC, BERNARD LAVES, COTTONWOOD PLAZA, LLC, WALTER HORIKOSHI, KENNETH AND SUE CLEMMONS, JAMES GREY ENERGY, LLC, AND MCHAEUSZER GAS & OIL, LLC, Appellants**

**V.**

**NOXXE OIL AND GAS, INC., WESTERN ENERGY GROUP, LLC AND STEVEN SHAFER, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-75737**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 4, 2014. The notice of appeal was filed on May 5, 2014. To date, the filing fee of $195.00 has not been paid.  No evidence that appellants have established indigence or are excused by

statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 20.1; and Tex. R. App. P. 5.

On June 11, 2014, this court ordered appellants to pay the appellate filing fee on or before June 26, 2014, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby and Wise.